■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN H. NORWOOD v. CYNTHIA J. COFFEY.— Motion for an order striking the appeal from the calendar of this court and for other relief granted to the extent of striking from the papers on appeal the supplemental affidavit of George A. Burrell and the exhibit annexed thereto printed at pages 43 to 51 of the papers on appeal. That branch of the motion which seeks to strike the appeal from the calendar is dismissed as academic, the said appeal having been adjourned to and set down for argument as a nonenumerated appeal on December 1, 1960. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ MAY A. WALTERS et al. v. CROSS PROPERTIES, INC.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ DOROTHY AMES v. MICHAEL G. AMES.— Motion for a stay granted on condition that the defendant pays all arrears in support and maintenance, if any, as well as the current weekly support and maintenance payments fixed in the judgment appealed from, and in addition thereto $25 per week for so long as defendant continues to occupy the apartment at 14 Stuyvesant Oval, New York, N. Y., and upon the further condition that the defendant-appellant procures the record on appeal and appellant's points to be served and filed with this court on or before December 12, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before December 27, 1960. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

## (November 18, 1960)

■ KATHERINE SUSSMAN v. BENJAMIN SUSSMAN.— Motion for a stay granted and the stay contained in the order to show cause, dated November 10, 1960, is continued pending the hearing and determination of the appeal on the conditions contained in the order to show cause. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ ALBERT GUTWIRTH v. CAREWELL TRADING CORPORATION et al.— Motion for leave to dispense with printing granted insofar as to dispense with the printing in the record on appeal of the exhibits described in the notice of motion herein on condition that the originals thereof are filed with the clerk of this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.